HACKETT v. KUHNE et al.

(Circuit Court, S. D. New York. November 2, 1907.)

REMOVAL OF CAUSES—CITIZENSHIP OF DEFENDANTS.

An action by a citizen of another state against citizens of the state in which it is brought and aliens is not removable.

[Ed. Note.—Diverse citizenship as a ground of federal jurisdiction, see notes to Shipp v. Williams, 10 C. C. A. 249; Mason v. Dullagham, 27 C. C. A. 298.]

On Motion to Remand to State Court.

James R. Ely, for the motion.
Antonio Knauth, opposed.

WARD, Circuit Judge. This is a motion to remand. The plaintiff alleges that the defendants, by fraudulent representations, induced him to buy stock for the price of $2,000 on July 10, 1901. He brings

this action to recover his damages, and measures them by the amount paid, with interest from the date of payment. In this way he makes his claim $2,000, without interest or costs, a sum not sufficient to give this court jurisdiction.

The defendants contend that the claim is really for a sum exceeding $2,000, and that the plaintiff cannot defeat the court's jurisdiction by measuring his damages in this way; the amount claimed as interest not being accessory to but a part of the claim itself. Brown v. Webster, 156 U. S. 328, 15 Sup. Ct. 377, 39 L. Ed. 440.

I think the defendants are right; but as plaintiff is a citizen of Wisconsin, and the defendants are some of them citizens and residents of New York and some of them aliens, they are not nonresidents, so as to be entitled to remove the action under the act of March 3, 1887. Martin v. Snyder, 148 U. S. 663, 13 Sup. Ct. 706, 37 L. Ed. 602.

The motion to remand is granted.